MERRITT W. UNDERWOOD v. JOHN H. PALMER, CIRCUIT JUDGE OF NEWAYGO COUNTY.

*Attorney at law—Suspension from practice—Mandamus.*

*Mandamus* is not the proper remedy to review an order suspending an attorney at law from the practice of his profession.

*Mandamus.*　Order to show cause denied November 14, 1893.

Relator applied for *mandamus* to compel the respondent to vacate an order suspending him from practice as an attorney at law for one year.

*Merritt W. Underwood, in pro. per.*

PER CURIAM.　An order to show cause is denied. *Mandamus* is not the proper remedy.